WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Butler, as Trustee of the Plaintiff Taft-Hartley Trust Funds, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Airtech Mechanical, Inc.,<br><br>Defendant. | NO. CIV-06-2702-PHX-SMM<br><br>**ORDER** |

Having received Plaintiffs' Notice of Voluntary Dismissal filed December 8, 2006 (Dkt. 6), and good cause appearing,

**IT IS HEREBY ORDERED** that this matter be **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Standard Civil Track Initial Order (dkt. 7) shall be **VACATED**.

DATED this 18th day of December, 2006.

Stephen M. McNamee
United States District Judge